(December 18, 1980)

■ FORMAN & ZUCKERMAN, P. A., Respondent, v DONALD SCHUPAK et al., Individually and as Partners Trading as SCHUPAK, ROSENFELD & FISCHBEIN, Appellants.—Judgment, Supreme Court, New York County, entered on December 11, 1979, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of said court entered on September 26, 1979 and from the judgment entered thereon on October 3, 1979, is dismissed as subsumed in the appeal from the judgment of December 11, 1979. No opinion. Concur—Murphy, P. J., Ross, Markewich, Lupiano and Lynch, JJ.

■ NEW YORK CITY HOUSING AUTHORITY, Appellant, v SAMUEL LAWSON, Respondent.—Order, Appellate Term, First Department, entered on April 2, 1980, reversed, on the law, without costs and without disbursements, and the petition granted on the dissenting opinion of Riccobono, J., at the Appellate Term. Concur—Murphy, P. J., Markewich, Lupiano and Lynch, JJ.

Ross, J., dissents and would affirm on the majority opinion of the Appellate Term.

■ RICHARD STEPHENS, INC., Respondent, v VENMAR ENTERPRISES INC., et al., Appellants, et al., Third-Party Defendant.—Order, Supreme Court, New York County, entered on September 10, 1979, unanimously affirmed, without prejudice to motion for summary judgment which may be made on merits. Respondent shall recover of defendants-appellants $75 costs and disbursements of this appeal. No opinion. Concur—Murphy, P. J., Birns, Sullivan, Lupiano and Silverman, JJ.

■ JUDITH T. WOODRUFF et al., Appellants, v MANSOUR MALEKLPOUR, Respondent.—Order, Supreme Court, New York County, entered November 14, 1979, denying plaintiffs' motion to strike the answer and vacate defendant's demand for a bill of particulars, unanimously reversed, on the law, and in the exercise of discretion, with costs, and plaintiffs' motion to strike the answer and vacate the demand for a bill of particulars is granted, with leave to defendant to serve an amended answer in proper form, separately stating and numbering his affirmative defenses in plain and concise statements in consecutively numbered paragraphs and with any counterclaims properly denominated as such, and with further leave to serve a demand for a bill of particulars which seeks amplification of the pleadings, not evidentiary and irrelevant matter nor the discovery and production of documents. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Yesawich, JJ.